# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**TONY HADDAD** and
**MARGARET HADDAD,**

    Plaintiffs,

    v.                                                            Case No. 24-CV-642-SCD

**STATE FARM FIRE AND CASUALTY COMPANY,**

    Defendant.

---

### ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND

---

    In April 2024, Tony and Margaret Haddad filed a breach of contract action against State Farm Fire and Casualty Company in Wisconsin state court. *See* ECF No. 1-1. After State Farm removed the matter to federal court, *see* ECF No. 1, the Haddads moved to remand the matter back to state court pursuant to § 1447(c) of the United States code, *see* ECF No. 8. The Haddads concede that the parties are diverse; however, they swear that they are seeking less than $25,000 in damages. *See* ECF No. 8-1. State Farm agrees that the case does not meet the requirements for removal. *See* ECF No. 11. Accordingly, the court **GRANTS** the plaintiffs' motion for remand, ECF No. 8, and **REMANDS** this case to the Washington County Circuit Court.

    **SO ORDERED** this 27th day of June, 2024.

                                                                 _____
                                                                  STEPHEN C. DRIES
                                                                   United States Magistrate Judge